# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DAVID P. TISDALE, | Case No. 2:14-cv-0216-LDG-CWH |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that plaintiff's motion for conclusion (#20) is DENIED as moot.

DATED this ___ day of March, 2015.

_____
Lloyd D. George
United States District Judge